# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Clarence D. Lewis – DOC No. 219660
River Bend/Phase 3-I-Dorm
9450 Hwy 65 South
Lake Providenc LA 71254

**REHEARING ACTION: December 30, 2014**

**Docket Number: 14   00971-KH**

**STATE OF LOUISIANA
VERSUS
CLARENCE D. LEWIS**

**Writ Application from Lafayette Parish Case No. 130950**

**BEFORE JUDGES:**

> **Hon. John D. Saunders
> Hon. Marc T. Amy
> Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clarence D. Lewis** has this day been

> **DENIED.**

cc: Michael Harson, Counsel for  the Respondent